Michael J. Frevola (MJF 8359)
Christopher G. Kelly (CGK 3865)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
ROYAL CARIBBEAN CRUISES LTD.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE RAKOFF

ROYAL CARIBBEAN CRUISES LTD.,

    Plaintiff,

-against-

NATIONAL BIOFUELS, L.P.,

    Defendant.

07 CV 3353

07 Civ. _____

CORPORATE DISCLOSURE
STATEMENT IN
ACCORDANCE WITH
RULE 7.1 OF THE FEDERAL
RULES OF CIVIL PROCEDURE

    I, Michael J. Frevola, attorney for Plaintiff Royal Caribbean Cruises Ltd., having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    Royal Caribbean Cruises Ltd.'s shares are publicly traded on the New York and Oslo Stock Exchanges.

Dated:    New York, New York
           April 26, 2007

                        HOLLAND & KNIGHT LLP

             By:    _____
                        Michael J. Frevola (MJF 8359)
                        Christopher G. Kelly (CGK 3865)
                        195 Broadway
                        New York, NY 10007-3189
                        Tel:   (212) 513-3200
                        Fax:  (212) 385-9010

                        *Attorneys for Plaintiff*
                        *Royal Caribbean Cruises Ltd.*