**EXHIBIT 2**



"GP Manalac"
<gpmanalac@fulcrumpower.com>
04/18/2007 01:55 PM

To  <MMcNamara@rccl.com>
cc  "Kevin Gorman - Contacts" <kgorman@nationalbiofuels.com>
bcc
Subject  RE: Urgent - Need to discuss inventory issue

I will call you in 15 minutes to review this and our position.

**From:** MMcNamara@rccl.com [mailto:MMcNamara@rccl.com]
**Sent:** Wednesday, April 18, 2007 12:05 PM
**To:** GP Manalac
**Subject:** Re: Urgent - Need to discuss inventory issue

I can hold off for now, if you call me before 2:45 eastern time. I will be unavailable from 3:00pm - 5:00pm.

----- Original Message -----
From: "GP Manalac" [gpmanalac@fulcrumpower.com]
Sent: 04/18/2007 11:30 AM EST
To: Michael McNamara; <gpmanalac@nationalbiofuels.com>
Cc: Paul Litvinov; "Kevin Gorman - Contacts" <kgorman@nationalbiofuels.com>
Subject: RE: Urgent - Need to discuss inventory issue

I need about another two hours because we are still getting final inventory numbers from Westway. I want to give you the most up to date info on where things stand when I call.

**From:** MMcNamara@rccl.com [mailto:MMcNamara@rccl.com]
**Sent:** Wednesday, April 18, 2007 11:04 AM
**To:** gpmanalac@nationalbiofuels.com
**Cc:** PLitvinov@rccl.com; Kevin Gorman - Contacts
**Subject:** Urgent - Need to discuss inventory issue

GP,

I am sending you this email because I need to talk to you urgently and you have not returned my calls yet. I spoke with Kevin about this matter, but all he can do is recommend that I call you.

The core issue is, that based on information we have received, you have loaded out a cargo of biodiesel from Westway that is the product that you have already sold to us; furthermore, that as a result of this shipment you may not be able to deliver the biodiesel scheduled for pickup this week by Jankovich.

When Paul questioned Kevin about this last night, Kevin said that it was your position that we do not own any of the biodiesel in the terminal. I need to know what NBF's official position is so we can work this out. Time is of essence on this issue, and if I do not hear from you by 1:00PM, I will have to contact our attorneys and our insurance carrier and put them on notice of the potential loss/theft of Royal Caribbean Cruises Ltd. assets. I also need to know immediately if you are in a position to meet this

weeks biodiesel nomination, If I do not hear from you I will have to commit to buy MGO because I will not risk the potential of not having fuel for Infinity on Sunday.

I truly hope to avoid this process which will undoubtedly get very ugly and costly for NBF. If you get in touch with me we should be able to get a better understanding of the issue and hopefully find a simple resolution.

Michael T. McNamara
Director, Fuel Supply
Royal Caribbean Cruises Ltd.
(305) 539-6010 Office
(786) 546-3468 Cell

mmcnamar@rccl.com  calculation.xls

### 2007 Contract calculation

|  |  | Amount | Notes |
|---|---|---:|---|
|  | jan | 6,000 | contract (in MT) |
|  | feb | 3,000 | contract (in MT) |
|  | mar | 4,500 | contract (in MT) |
|  | april | 7,000 | contract (in MT) |
|  | total | 20,500 | total |
|  | Carryover | (2,000) | carryover per the contract |
|  | Total actual take | (6,926) | Jan-Apr |
|  | take or pay obligation | 11,574 |  |
|  | conversion from mt to gal | 301 | x |
|  | total gallons | 3,483,857 |  |
| per contract | take or pay obligation | 5,156,108 | gallons x $1.48/gal |
| Cover standard | revenue from sales | (3,650,000) | 7300 MT x $500/MT (est) with the est 4200 MT in tank worth nothing because it is frozen (due to RCCL not taking it) |
| less costs | cost from storage | 424,840 | from previous spreadsheet provided to RCCL |
| less costs | opportunity cost for storage | 1,324,964 | from previous spreadsheet provided to RCCL |
|  | Total owed by RCCL | 3,255,913 |  |
|  | Less deposit made | (2,278,483) | current deposit balance + 650 MT taken April 21 |
|  | Total balance | 977,430 | positive means RCCL owes NBF |

NATIONAL BIOFUELS LP          CONFIDENTIAL DRAFT FOR DISCUSSION PURPOSES ONLY          4/19/2007

**EXHIBIT 3**

# E.D. & F. MAN BIOFUELS

# TREASURY INSTRUCTION

| Requested by<br>John Peck<br><br>09 MAY 07 | Authorised "B" | Authorised "A" | CP0700351 |
|---|---|---|---|

Please effect the following **PAYMENT** on our behalf :-

**PAYEE**           ENAGRA INC

**AMOUNT**          USD 3,629,098.63

**VALUE DATE**      10 May 2007

**PAYMENT TYPE**    Telegraphic Transfer

**PAYMENT TO**

| | Beneficiary's Bank details |
|---|---|
| Bank Instr. Ccy | USD |
| Bank | CITIBANK NA,<br>INTERNATIONAL BANKING CENTER,<br>451 MONTGOMERY BLVD, SAN FRANCISCO, CA 94104 |
| A/C No. | 202086641 |
| Swift No. | CITI US 33 |
| Other ID ref. | Routing Number: 321171184 |

**Corresponding Bank :-**

**Payment reference:-**  Please quote Inv #112858 when effecting payment.

**TREASURY REF.**   Current Account No: **USD 401935**

**MEMO**

# EXHIBIT 4

**ORIGINAL**

Form No. 28 10/1/48
TANKER BILL OF LADING NO.        A4

SHIPPED ON BOARD

G-MNR

Shipped in apparent good order and condition by        ENAGRA
                                                       101 BUSH ST SUITE 300, SAN FRANCISCO, CA 94104
                                                       MIKE PETRAS 650-555-4444

on board the        "FAIRCHEM STEED"   Motorship

Whereof    NEERAJ GARG        is Master, at the port of        LOS ANGELES, CA

a quantity said to be

                        30,552.80          BARRELS AT 60 DEG F

                        4,176.773          LONG TONS

                        4,243.803          METRIC TONS

TEMPORARY IMPORTATION BOND #906-0144767-6
On board: 17-Apr-07        Loaded into Tanks: 2-P, 2-S, 7-P, 7-S, 8-P, 9-S, 10-P, 10-S
of    FATTY ACID METHYL ESTER PME EN 14214
the quantity, measurement, weight, gauge, quality, nature, value, and condition of the cargo unknown to the
Vessel and the Master.
to be delivered at the port of    AMSTERDAM, THE NETHERLANDS    or near thereto as the Vessel

can safely get, always afloat, unto        ED&F MANN LIQUID PRODUCTS LTD
                                          COTTON CENTRE, HAY'S LANE, LONDON SE1 2QE, UNITED KINGDOM
                                          ATTN: HAMISH FRASER 44 20 70680321

Notify:    ED&F MANN LIQUID PRODUCTS LTD, COTTON CENTRE, HAY'S LANE, LONDON SE1 2QE, UNITED KINGDOM
           ATTN: HAMISH FRASER 44 20 70680321
or order on payment of freight at the rate of    PAYABLE AS PER CHARTER PARTY
                                                 NO SED REQUIRED ABS ITN : X20070413060013

This shipment of 4,243.803 Metric tons was loaded on board the Vessel as part of one original lot of 6,758.088 Metric tons stowed in 2-P, 2-S, 7-P, 7-S, 8-P, 9-S, 10-P, and 10-S with no segregation as to parcels. For the whole shipment sets of Bill of Lading have been issued for which the Vessel is relieved from all responsibilities to the extent it would be if one set only would have been issued. The Vessel undertakes to deliver only that portion of the cargo actually loaded which is represented by the percentage that the total amount specified in this Bill(s) of Lading bears to the total of the commingling shipment delivered at destination. Neither the Vessel nor the owners assume any responsibility for the consequences of such commingling nor for the separation thereof at the time of delivery.

This shipment is carried under and pursuant to the terms of the Governing Charter Party        DATED MARCH 26, 2007

at _____ between        ALLIED CHEMICAL CARRIERS LLC

and    NATIONAL BIOFUELS LLP        as Charterer, and all the terms
whatsoever of the said Charter except the rate and payment of freight specified therein apply to and govern the
rights of the parties concerned in this shipment.

If this Bill of Lading is a document of title to which the Carriage of Goods by Sea Act of the United States, approved
April 16, 1936, or similar legislation giving statutory effect to the International Convention for the Unification of Certain
Rules relating to Bills of Lading at Brussels of August 25, 1924, applies by reason of the port of loading or discharge
being territory in which the said Act or other similar legislation is in force, this Bill of Lading shall have effect subject
to the provisions of the said Act or other similar legislation, as the case may be, which shall be deemed incorporated
herein, and nothing herein contained shall be deemed a surrender by the carrier of any of its rights or immunities or
an increase of any of its responsibilities or liabilities under said Act or other similar legislation. If any term of this Bill
of Lading is repugnant to the said Act or other similar legislation so as incorporated, such terms shall be void to that
extent but no further.

These commodities are licensed by the U.S. for ultimate destination FAR EAST
Diversion contrary to U.S. Law is prohibited.

In Witness Whereof, the Master has signed THREE (3) ORIGINAL Bills of Lading of this tenor and date, one of
which being accomplished, the others will be void.

Dated at    LOS ANGELES, CA            20th        day of    APRIL, 2007

                                    FOR AND ON BEHALF OF MASTER / M/T "FAIRCHEM STEED"
                                    TRANSMARINE NAVIGATION CORPORATION
                                    AS AGENTS ONLY

Form No. 26 12/1143
TANKER BILL OF LADING NO.                      A5

**ORIGINAL**

SHIPPED ON BOARD

G-NN9

Shipped in apparent good order and condition by          ENAGRA
                                                         301 BUSH ST SUITE 300, SAN FRANCISCO, CA 94104
                                                         MIKE PETRAS 505-969-4654

on board the        "FAIRCHEM STEED"    Motor/Ship

Whereof   NEERAJ GARG            is Master, at the port of   LOS ANGELES, CA

a quantity said to be

                        15,101.45              BARRELS AT 60 DEG F

                        2,474.583              LONG TONS

                        2,514.293              METRIC TONS

         On board: 17-Apr-07              Loaded into Tanks:  2-P, 2-S, 7-P, 7-S, 8-P, 9-S, 10-P, 10-S
of   FATTY ACID METHYL ESTER FAME EN 14214
the quantity, measurement, weight, gauge, quality, nature, value, and condition of the cargo unknown to the
Vessel and the Master,
to be delivered at the port of   AMSTERDAM, THE NETHERLANDS   or near thereto as the Vessel

can safely get, always afloat, unto    EDF MANN LIQUID PRODUCTS LTD
                                        COTTON CENTRE, HAY'S LANE, LONDON SE1 2QE, UNITED KINGDOM
                                        ATTN: HAMISH FRASER 44 20 70895321

Notify:   EDF MANN LIQUID PRODUCTS LTD, COTTON CENTRE, HAY'S LANE, LONDON SE1 2QE, UNITED KINGDOM
          ATTN: HAMISH FRASER 44 20 70895321
or order on payment of freight at the rate of    PAYABLE AS PER CHARTER PARTY
                                                 NO SED REQUIRED AES ITN : X20070413080019

This shipment of 2,514.293 Metric tons was loaded on board the Vessel as part of one original lot of 6,759.096 Metric tons stowed in 2-P, 2-S, 7-P, 7-S, 8-P, 9-S, 10-P, and 10-S with no segregation as to parcels. For the whole shipment sets of Bill of Lading have been issued for which the Vessel is relieved from all responsibilities to the extent it would be if one set only would have been issued. The Vessel undertakes to deliver only that portion of the cargo actually loaded which is represented by the percentage that the total amount specified in the Bill(s) of Lading bears to the total of the commingling shipment delivered at destination. Neither the Vessel nor the owners assume any responsibility for the consequences of such commingling nor for the separation thereof at the time of delivery.

This shipment is carried under and pursuant to the terms of the Governing Charter Party         DATED MARCH 28, 2007

at _____                        between       ALLIED CHEMICAL CARRIERS LLC

and    NATIONAL BIOFUELS LLP            as Charterer, and all the terms
whatsoever of the the said Charter except the rate and payment of freight specified therein apply to and govern the
rights of the parties concerned in this shipment.

If this Bill of Lading is a document of title to which the Carriage of Goods by Sea Act of the United States, approved
April 16, 1936, or similar legislation giving statutory effect to the International Convention for the Unification of Certain
Rules relating to Bills of Lading at Brussels of August 25, 1924, applies by reason of the port of loading or discharge
being territory in which the said Act or other similar legislation is in force, this Bill of Lading shall have effect subject
to the provisions of the said Act or other similar legislation, as the case may be, which shall be deemed incorporated
herein, and nothing herein contained shall be deemed a surrender by the carrier of any of its rights or immunities or
an increase of any of its responsibilities or liabilities under said Act or other similar legislation. If any term of this Bill
of Lading is repugnant to the said Act or other similar legislation as so incorporated, such terms shall be void to that
extent but no further.

These commodities are licensed by the U.S. for ultimate destination FAR EAST
Diversion contrary to U.S. Law is prohibited.

In Witness Whereof, the Master has signed THREE (3) ORIGINAL Bills of Lading of this tenor and date, one of
which being accomplished, the others will be void.

Dated at   LOS ANGELES, CA                    _____ day of   APRIL, 2007

                                              FOR AND ON BEHALF OF MASTER / M/T "FAIRCHEM STEED"
                                              TRANSMARINE NAVIGATION CORPORATION
                                              AS AGENTS ONLY

**EXHIBIT 5**

CUSTOMS FORM 1302 (12-36)

# CARGO MANIFEST

Form Approved OMB No. 48R0094
Department of the Treasury
United States Customs Service
**Cargo Declaration**

Page Nr: 1 of 2

| Name of ship | M/T "FAIRCHEM STEED" |
|---|---|
| Nationality of ship | Panama |
| Name of master | NEERAJ GARG |
| Port of lading | LOS ANGELES, CA |
| Port of discharge | AMSTERDAM, THE NETHERLANDS |
| Date of lading | LOADING: 30 APRIL 2007 |

| B/L nr. | Marks and nrs. (G8)<br>Container Nrs. (C8)<br>Seal Nrs. (S8) | Number and kind of packages; description of goods | Gross (lb. or kg.) | Measurement (per type) |
|---|---|---|---|---|
| A4 | N/M, M/N<br>IN BULK | FATTY ACID METHYL ESTER PME EN 14214<br><br>SAID TO WEIGH<br><br>30552.90 BARRELS @ 60 DEG F<br><br>4176.773 LONG TONS<br><br>4243.803 METRIC TONS | | |

**SHIPPER:**
BNAGARA
5120 WOODWAY SUITE 10010
HOUSTON, TX 77056
MKG PETRAB 650-353-4644

**CONSIGNEE:**
TO ORDER OF
ED&F MANN LIQUID PRODUCTS LTD
COTTON CENTRE, HAY'S LANE,
LONDON SE1 2QE, UNITED KINGDOM
ATTN: HAMISH FRASER 44 20 70898121

**NOTIFY:**
ED&F MANN LIQUID PRODUCTS LTD, COTTON CENTRE, HAY'S LANE, LONDON SE1 2QE, UNITED KINGDOM
ATTN: HAMISH FRASER 44 20 70898121

ON BEHALF OF THE MASTER,
NEERAJ GARG
TRANSMARINE NAVIGATION CORP.
AS AGENTS ONLY

# CARGO MANIFEST

Page: 000084
2 US Treasury
Port where report is made that required by Customs Service regulation

| | | |
|---|---|---|
| Name of Ship | Arrival | Departure |
| M/T "FAIRCHEM STEED" | | X |
| Nationality of Ship: Panama | Name of Master: NEERAJ GARG | Port of lading: LOS ANGELES, CA | Port of discharge (telling the port a ship): AMSTERDAM, THE NETHERLANDS, THING: 18 11 2007 |

| B/L Nr. | Marks and Nos. (CM) Container Nos. (CN) Seal Nrs. (SN) | 7. Number Kind of packages Description of Goods | Weight Qty Gross (lb. or kg.) U.S. Customs use |
|---|---|---|---|
| A5 | N/M, N/N IN BULK | FATTY D METHYL ESTER PME EN 14214<br><br>SAID TO WEIGH<br><br>181.46 BARRELS @ 60 DEG F<br>24T581 LONG TONS<br><br>25.295 METRIC TONS | |

Shipper (SH), Consignee (CO), Notify (NI) address (SH)

SHIPPER:
ENAGARA
5120 WOODWAY SUITE 10010
HOUSTON, TX 77056
MIKE PETRAS 650-353-4644

CONSIGNEE:
TO ORDER OF
ED&F MANN LIQUID PRODUCTS
LTD
COTTON CENTRE, HAY'S LANE,
LONDON SE1 2QE, UNITED
KINGDOM
ATTN: HAMISH FRASER 44 20
70898321

NOTIFY:
ED&F MANN LIQUID PRODUCTS
LTD, COTTON CENTRE, HAY'S
LANE, LONDON SE1 2QE,
UNITED KINGDOM
ATTN: HAMISH FRASER 44 20
70898321

ON BEHALF OF THE MASTER,
NEERAJ GARG
TRANSMARINE NAVIGATION CORP.

XMS FORM 1302 (12-30)

TOTAL P.04

**EXHIBIT 6**



**Window on State Government** Susan Combs Texas Comptroller of Public Accounts

Corporation Search Results

# Officers and Directors
## NATIONAL BIOFUELS LLC

### NATIONAL BIOFUELS MANAGEMENT LLC

Return to: Corporation Search Results

Officer and director information on this site is obtained from the most recent Public Information Report (PIR) processed by the Secretary of State (SOS). PIRs filed with annual franchise tax reports are forwarded to the SOS. After processing, the SOS sends the Comptroller an electronic copy of the information, which is displayed on this web site. The information will be updated as changes are received from the SOS.

You may order a copy of a Public Information Report from open.records@cpa.state.tx.us or Comptroller of Public Accounts, Open Government Division, PO Box 13528, Austin, Texas 78711.

| Title: | Name and Address: | Expiration/Resignation Date: |
|---|---|---|
| DIRECTOR | **GERARDO P MANALAC**<br>5120 WOODWAY DR STE 10010<br>HOUSTON, TX 77056 | |
| DIRECTOR | **JESSON A BRADSHAW**<br>5120 WOODWAY DR STE 10010<br>HOUSTON, TX 77056 | |
| DIRECTOR | **MICHAEL PETRAS**<br>5120 WOODWAY DR STE 10010<br>HOUSTON, TX 77056 | |

Susan Combs
Texas Comptroller of Public Accounts

Window on State Government
Contact Us
Privacy and Security Policy