CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Société Générale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ROYAL CARIBBEAN CRUISES LTD.,

       Plaintiff,       07-CV-3353 (JSR)

   v.

NATIONAL BIOFUELS, L.P. and
ENAGRA INC.

       Defendants.
-------------------------------------------------------------x

## REPORT OF GARNISHEE SOCIÉTÉ GÉNÉRALE NEW YORK BRANCH TO PLAINTIFF'S MARITIME ATTACHMENT AND GARNISHMENT

TO THE MARSHALL OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

  Pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and in response to a certain Process and Amended Process of Maritime Attachment and Garnishment in the captioned matter dated April 30, 2007 and May 15, 2007, and served upon Garnishee Société Générale New York Branch on April 30, 2007, and on a continuous daily basis from May 1, 2007 through the date of this report, Garnishee Société Générale New York Branch hereby states that on such dates of service, it was not indebted to the defendants and did not otherwise have in its possession any property, tangible or intangible, including funds,

assets, cash, goods, chattels, credits, effects, debts owed by or owed to the defendants or monies to be paid to discharge a debt owed to the defendants, including monies being electronically transferred by, to or for the benefit of the defendants.

Dated: North Bergen, New Jersey
May 21, 2007

                          CLARK, ATCHESON & REISERT
                          Attorneys for Garnishee
                          Société Générale New York Branch

By:          *[signature]*
                Richard J. Reisert (RR-7118)
                7800 River Road
                North Bergen, NJ 07047
                Tel: (201) 537-1200
                Fax: (201) 537-1201
                Email: reisert@navlaw.com

TO:   CLERK OF THE COURT

       HOLLAND & KNIGHT, LLP
       Attorneys for Plaintiff
       Attn: Michael J. Frevola, Esq. (Via email)

# **VERIFICATION**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

John M. Driscoll, being duly sworn, deposes and says as follows:

I am the Deputy Director of Litigation and Regulatory Affairs for Société Générale New York Branch. I have reviewed the contents of the foregoing Report of Garnishee Société Générale New York Branch in response to Plaintiff's Maritime Attachment and Garnishment in docket no. 07-CV-3353, and know the contents thereof and that the same are true to the best of my own knowledge. I base this upon personal knowledge, review of Société Générale New York Branch's files, and communications with relevant employees of the Bank.

_____
John M. Driscoll

Sworn to before me this
21st day of May 2007.

_____
Notary Public

DANIEL K. HOBBS, NOTARY PUBLIC
State of New York, No. 01HO6138688
Qualified in New York County
Commission Expires December 27, 2009