CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Société Générale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| ROYAL CARIBBEAN CRUISES LTD., | : | |
| | : | |
| Plaintiff, | : | **07-CV-3353 (JSR)** |
| | : | |
| v. | : | |
| | : | **NOTICE OF** |
| NATIONAL BIOFUELS, L.P. and | : | **APPEARANCE** |
| ENAGRA INC. | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel for Garnishee, Société Générale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
         May 21, 2007

                                      CLARK, ATCHESON & REISERT
                                      Attorneys for Garnishee
                                      Société Générale New York Branch

              By:  _____
                          Richard J. Reisert (RR-7118)
                          7800 River Road
                          North Bergen, NJ  07047
                          Tel: (201) 537-1200
                          Fax: (201) 537-1201
                          Email:  reisert@navlaw.com