UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ROYAL CARIBBEAN CRUISES LTD.,         :
                                      :
                         Plaintiff,   :
                                      :
        -against-                     :   Civil Action No. 07-CV-03353(JSR)
                                      :
NATIONAL BIOFUELS, L.P.,               :
                                      :
                         Defendant.   :
                                      ::
------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION

PLEASE TAKE NOTICE that attorney Kevin J. Walsh hereby appears as counsel in the above-captioned action on behalf of Defendant, National Biofuels, L.P., and respectfully requests electronic notification of all filings under the Court's Electronic Case Filing system. The contact information for Mr. Walsh is provided below:

> Kevin J. Walsh
> Lord, Bissell & Brook LLP
> (212) 812-8304
> (212) 812-8364
> Kwalsh@lordbissell.com

Dated: New York, New York
       June 22, 2007

*[signature]*
KEVIN J. WALSH (KW 6083)
LORD, BISSELL & BROOK LLP
Attorneys for Defendant
National Biofuels, L.P.
885 Third Avenue, 26th Floor
New York, NY 10022
212.947.4700

## CERTIFICATE OF SERVICE

    Kevin J. Walsh, certifies and declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that on June 22, 2007, he caused the annexed NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION, to be served by delivering a true copy, enclosed in a properly addressed wrapper into the custody of the overnight delivery service: Federal Express, prior to the latest time designated by them for overnight delivery on the following counsel:

**Christopher Gerard Kelly**
Holland & Knight LLP
195 Broadway
New York, NY 10007
(212) 513-3200
Fax: (212)-385-9010
Email: christopher.kelly@hklaw.com
*Counsel for Plaintiff*

**Michael J. Frevola**
Holland & Knight LLP
195 Broadway
New York, NY 10007
(212)-513-3200
Fax: (212)-385-9010
Email: michael.frevola@hklaw.com
*Counsel for Plaintiff*

    I declare under penalty of perjury that the foregoing is true and correct.

                                                    _____
                                                    Kevin J. Walsh

NYC 51413v1

2