Michael J. Prevola (MJF 8359)
Christopher G. Kelly (CGK 3865)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
ROYAL CARIBBEAN CRUISES LTD.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-16-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROYAL CARIBBEAN CRUISES LTD.,

    Plaintiff,

-against-

NATIONAL BIOFUELS, L.P. and
ENAGRA INC.

    Defendants.

07 Civ. 3353 (JSR)

**STIPULATION
OF DISMISSAL
WITH PREJUDICE**

---

    Pursuant to Rule 41(a)(1)(i) and (ii) and Rule 41(c) of the Federal Rules of Civil Procedure, Plaintiff Royal Caribbean Cruises Ltd., Defendant National Biofuels, L.P., and Defendant Enagra, Inc., by and through their attorneys of record, stipulate to dismiss the entire action *with prejudice*, with each party bearing its own attorneys fees and costs.

    The parties agree that, for purposes of filing this document with the Court, that this Stipulation may be executed by exchange of facsimile or PDF signature pages and/or in any number of counterparts, each of which shall be an original as against any Party whose signature appears thereon and all of which together shall constitute one and the same instrument.

Facsimile or PDF signatures shall be considered original and binding on the Party that transmitted the same.

Dated:  July 12, 2007

HOLLAND & KNIGHT LLP, counsel for Plaintiff Royal Caribbean Cruises, Ltd.

By: _____
Christopher G. Kelly
195 Broadway
New York, New York 10007
(212) 513-3516
(212) 385-9010 fax
Christopher.kelly@hklaw.com

LORD BISSELL & BROOK LLP, counsel for Defendant National BioFuels, L.P.

By: _____
Kevin Walsh
885 Third Avenue, 26th Floor
New York, New York 10022
(212) 947-4700
(212) 947-1202

PILLSBURY WINTHROP SHAW PITTMAN LLP, counsel for Enagra Inc.

By: _____
David M. Lindley
1540 Broadway
New York, New York 10036
(212) 858-1000
(212) 858-1500 fax
david.lindley@pillsburylaw.com

SO ORDERED:

_____    7/12/07
United States District Judge         Date

2